| 1. Person Reporting (last name, first, middle initial)<br><br>Pepper, William A | 2. Court or Organization<br><br>District Court Northern MS | 3. Date of Report<br><br>06/14/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>305 Main Street<br>Ste 329<br>Greenville MS 38702 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| I. 02-05-96 | SAFECO ASSIGNED BENEFITS SERVICE COMPANY FOR PAYMENT OF LEGAL FEES. PAYMENTS ARE INCLUDED IN INCOME IN PART III. |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 26 A 11: 21 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 06/14/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Public Employees Retirement System of Mississippi, retirement income | $ 11763 |
| 2. 2005 | Earnings from law practice - earned prior to 7/21/99 | $ 1199 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Board of Trial Advocates, Mississippi Chapterr | New Orleans LA, April 7-8, seminar, (meals, hotel, registration) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 06/14/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest Pepper & Cossar - farm land Humphreys CO MS | E | Rent | O | W | | | | | |
| 2. Langston Nowell & Pepper rental real estate Cleveland | D | Rent | L | W | | | | | |
| 3. REGIONS BANK (FORMERLY UNION PLANTERS) CLEVELAND MS | A | Interest | K | T | | | | | |
| 4. CLEVELAND STATE BANK CLEVELAND MS | A | Interest | K | T | | | | | |
| 5. Cleveland State Bank Cleveland MS | | None | J | T | | | | | |
| 6. CLEVELAND COMMUNITY BANK, CLEVELAND MS | B | Interest | L | T | | | | | |
| 7. CAPITAL WORLD GROWTH & INCOME FUND | C | Dividend | L | T | | | | | |
| 8. CAPITAL INCOME BUILDERS A | A | Dividend | K | T | | 10-24 | K | | |
| 9. FEDERATED AMERICAN LEADERS FUND | B | Dividend | K | T | | | | | |
| 10. GOLDMAN SACHS GROWTH & INCOME FUND | A | Dividend | K | T | | | | | |
| 11. LORD ABBETT AFFILIATED FUND CL A | D | Dividend | L | T | buy | 6-13 | J | | |
| 12. LORD ABBETT DEVELOPING GROWTH FUND | | None | | | sell | 6-13 | J | A | |
| 13. NEW ECONOMY FUND CL A | A | Dividend | L | T | | | | | |
| 14. PUTNAM VISTA FUND | | None | L | T | | | | | |
| 15. PUTNAM VOYAGER FUND CL A | | None | | | sell | 10-26 | K | B | |
| 16. SMALLCAP WORLD FUND CL A | B | Dividend | L | T | | | | | |
| 17. WASHINGTON MUTUAL INVESTORS | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRIDIUM WORLD COMMUNICATIONS LTD-CL A | | None | J | T | | | | | |
| 19. AMCAP FUND CL A | B | Dividend | L | T | | | | | |
| 20. GROWTH FUND OF AMERICA CL A | A | Dividend | L | T | | | | | |
| 21. NEW PERSPECTIVE FUND CL A | D | Dividend | L | T | | | | | |
| 22. FT TEMPLETON FOREIGN FUND C | C | Dividend | K | T | | | | | |
| 23. AVIVA LIFE INS (IRA 1) | B | Interest | K | T | | | | | |
| 24. IRA 2 | | | | | | | | | |
| 25. - CASH HERITAGE TRUST | A | Interest | K | T | | | | | |
| 26. - US TREAS SECUTITIES SERIES P | A | Interest | J | T | | | | | |
| 27. WAL-MART COMMON | A | Dividend | K | T | donated part | 12-19 | J | | |
| 28. INTEL CORP | A | Dividend | J | T | | | | | |
| 29. JDS UNIPHASE | | None | J | T | | | | | |
| 30. IRA 3 | | | | | | | | | |
| 31. - FEDERATED AMERICAN LEADERS FD CL A | B | Dividend | K | T | | | | | |
| 32. - HARTFORD ADVISORS FD A | A | Dividend | J | T | sell part | 11-2 | J | | |
| 33. - HARTFORD DIV & GROWTH A | B | Dividend | K | T | | | | | |
| 34. - LORD ABBETT AFFILIATED FD A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - HARTFORD GLOBAL LEADERS A | | None | | T | sell | 11-2 | J | | |
| 36. - HARTFORD MIDCAP A | B | Dividend | J | T | | | | | |
| 37. - HARTFORD INT'L OPPORTUNITIES | | None | | T | sell | 11-2 | J | | |
| 38. - HARTFORD STOCK FD A | A | Dividend | J | T | sell part | 11-2 | J | | |
| 39. - PUTNAM INVESTORS FUND A | A | Dividend | J | T | | | | | |
| 40. - HARTFORD CAP APPREC A | B | Dividend | K | T | buy | 11-2 | J | | |
| 41. - LORD ABBETT GROWTH A SHS | | None | | | sell | 11-2 | J | A | |
| 42. - CAPITAL INCOME BUILDERS A | A | Dividend | K | T | buy | 11-1 | K | | |
| 43. - CAPITAL WORLD GROWTH & INCOME | B | Dividend | K | T | buy | 11-4 | K | | |
| 44. - NEW WORLD GROWTH | A | Dividend | J | T | buy | 11-3 | J | | |
| 45. - LORD ABBETT GROWTH OPPORTUNITIES | | None | | | sell | 11-2 | J | | |
| 46. - INCOME FUND OF AMERICA | A | Dividend | K | T | buy | 11-3 | K | | |
| 47. INVESTMENT CO OF AMERICA (was IRA1) | C | Dividend | L | T | sell part | 11-1 | L | E | |
| 48. IRA 4- HARTFORD CAP APPREC | A | Dividend | J | T | | | | | |
| 49. FT FRANKLIN CAPITAL GROWTH FUND C | | None | K | T | | | | | |
| 50. PUTNAM INVS FD INC SBI CL A | | None | K | T | | | | | |
| 51. TEMPLETON WORLD FUND CL C | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. PUTNAM NEW OPPTYS FUND CL A | | None | K | T | exchange in | 9-22 | J | | |
| 53. PUTNAM NEW OPPTYS FUND CL B | | None | | | exchange out | 9-22 | J | | |
| 54. AMERICAN MOVIL SA | A | Dividend | K | T | | | | | |
| 55. MFS MONEY MARKET FD | C | Dividend | M | T | | | | | |
| 56. STATE BANK & TRUST CO | C | Interest | L | T | | | | | |
| 57. BAXTER INTERNATIONAL | A | Dividend | J | T | | | | | |
| 58. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 06/14/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII- Line 24 in 2004 report - IRA 1- Investment Co of America - has been transferred to IRA 3 (formerly IRA 5), Line 47.
Remaining IRAs 2, 3, 5 and 6 have been renumbered 1 - 4 and are on (or begin at) Lines 23, 24, 30, and 48.

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 06/14/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  6—15—06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544